UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-61543-JB

CESAR JAVIER LARA FUENTES,

    Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL
CENTER,

    Defendants.

_____/

## ORDER OF TRANSFER

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Good cause appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to the instant case being intertwined with issues raised in *Cesar Javier Lara Fuentes v. Mitchell Diaz,* Case No. 0:26-cv-60676-MD, and subject to the consent of the Honorable Melissa Damian, it is hereby **ORDERED AND ADJUDGED** that the above-numbered case is transferred to the calendar of Judge Damian for all further proceedings.

**DONE AND ORDERED** in Miami, Florida this 3rd day of June, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

After reviewing the file in the above-captioned case, the undersigned accepts the transfer of this case.   Therefore, it is **ORDERED AND ADJUDGED t**hat all pleadings filed after this date shall bear the following case number, **26-cv-61543-MD**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers this 4th day of June, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**